IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

PHILLIPPI S. LOWE, Pro Se.
Plaintiff

vs.

Case No. 2:07CV29-WKW

MONTGOMERY CITY of
ALABAMA.
Defendant.

JURY DEMAND

COMPLAINT
Failed attempted, premeditated discrimination across State lines murder of Plaintiff Phillippi S. Lowe under Color of Law having the element of hatred with intent to terrorize and kill Plaintiff by Montgomery City Police Dept. violation of U.S. Federal Statute.

Jurisdiction

The jurisdiction of this Court is involved under 28 U.S.C Section 1343 (3) and 42 U.S.C. 1983, a 1974 amendment extended the federal act to intentional torts by law enforcement persons. 28 U.S.C. this being an action authorized by law to redress the deprivation **under color of law,** statute, ordinance, regulation, custom or usage of a right, privilege, And immunity secured to the Plaintiff by the First, Fourth, Fifth and Fourteenth Amendment to the constitution of these United States.

Parties

1. Plaintiff, PHILLIPPI S. LOWE, U.S. Vietnam era illegally made homeless Veteran, resident of Alabama, P.O. Box 368 Evergreen.

2. Defendants, MONTGOMERY, A CITY of ALABAMA, in the County of Montgomery.

## Statement of Facts

Come now Plaintiff Phillippi S. Lowe and propounds to this U.S. Federal Court That the Fraternal Order of Police has premeditated my (Plaintiff Phillippi S. Lowe) murder **Under color of law, under color of suicide, under color of self defense,** or etc. by Members of the Fraternal Order of Police that extend across state lines. That started over 8 years ago when Plaintiff x-wife started dating/married Prince George County Maryland Police Capt. James Cullen that induced terrorism across five (5) state line of Plaintiff, and Continue to this day in Montgomery Alabama through the U.S. Federal violation of across State lines terror by the criminal conspiracy of members of the Montgomery City Police Dept. operating in the scope of their employment representing the City of Montgomery, Who are members of the Fraternal Order of Police. The most resent illegal set up of Plaintiff happen on January 7, 2007 when for no legal reason a Montgomery Police Officer turn his patrol car around, follow Plaintiff several block before he cut his lights on to get Plaintiff to stop on a dark street with no witness, so the Police could (Plaintiff alleges) commit his (P.S Lowe) murder **under color of law, color of suicide, color of self defense.** Plaintiff (knowing there have been about 4-8 Police related deaths, murders, or etc. of black males in Montgomery City Alabama while in Police custody) cut his emergency lights on and continues driving at approximate 15-20 miles per hour until Plaintiff reached a well lighted place of business where there were people. Plaintiff knowing there is a conspiracy to commit his premeditated murder across state lines **under color of law, under color of suicide, under color of self-defense,** and etc. by the Fraternal Order of Police, Plaintiff would/will not stop for Police until he (Plaintiff) reach a well lighted public place with people Plaintiff further states he

will never fight, kill himself, or Police, to resist arrest or etc.. Due to the immediate life threaten circumstance Plaintiff need to have this legal action documented, will amend this complaint with complete detail, but need to notify the proper Federal authorizes, privates agency, friends, and etc. of this continue Police terror of Plaintiff. Plaintiff was never given a copy of the tickets and have know idea why. Other than to cause Plaintiff stress, having no idea of his trail date, so a warrant can be issue for his (Plaintiff) arrest, to get Plaintiff in Police custody to commit Plaintiff murder **under color of law, under color of suicide, color of self defense, color of natural causes, or etc.** Considering the foregoing in compliance with Federal Rules 8 of Civil Court procedure Plaintiff demand trail by jury, damage / loss and grievous terrorism in the amount of $13,000,000. (THIRTEEN MILLION DOLLARS.

Respectfully submitted

Phillippi S. Lowe
P.O. Box 368
Evergreen, AL 36401
334-284-6888

Defendants can be served as follows:

State of Alabama
Attorney General's Office
11 South Union St.
Third Floor,
Montgomery, AL 36130

Montgomery City of Alabama
City Clerks Office
103 N Perry
Montgomery, AL 36104