IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PHILLIPPI S. LOWE,                          )
                                            )
      Plaintiff,                      )
                                            )
v.                                          )    CASE NO.  2:07-cv-29-WKW
                                            )
MONTGOMERY CITY OF ALABAMA,                 )
                                            )
      Defendant.                      )

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Terry F. Moorer for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 10th day of January, 2007.

               /s/   W.  Keith Watkins
             UNITED STATES DISTRICT JUDGE