IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE | ) |
| | ) |
|     PLAINTIFF | ) |
| | ) |
| VS. | ) Case No.  2:07cv29-WKW |
| | ) |
| MONTGOMERY CITY OF ALABAMA. | ) |
| | ) |
|     DEFENDANT | ) |

**DEFENDANT'S MOTION TO DISMISS**

    Defendant, City of Montgomery ("the City"), by and through undersigned counsel, respectfully moves this Honorable Court to dismiss with prejudice Plaintiff's claims, and as grounds for said motion state unto the Court the following:

    1.    Plaintiff's complaint fails to state any claim or claims against Defendant City of Montgomery upon which relief can be granted. Rule 12 (b) (6), *Federal Rules of Civil Procedure*.

    2.    To satisfy the pleading requirements of Rule 8, *Federal Rules of Civil Procedure,* the pleading shall contain a short and plain statement showing that the pleader is entitled to relief.  Plaintiff has named the City as Defendant but has not pled any specific cause of action against the Defendant.

    3.    Any claims pursuant to a respondeat superior theory are due to be dismissed. A municipality is liable only for its own wrongs and cannot be liable under the theory of respondeat superior. *Monell v. Department of Social Services of New York City*, 436 U.S. 658, 694 (1978).

    4.    Any intentional tort claims against the City of Montgomery must be

dismissed because the City cannot be liable for the alleged intentional torts of its employees and representatives. Ala. Code §11-47-190 (1975); *Cremeens v. City of Montgomery*, 779 So.2d 1190, 1201 (Ala. 2000)("A municipality cannot be held liable for the intentional torts of its employees").

Respectfully submitted this the 8th day of February, 2007.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)


City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
Telephone:  (334) 241-2050
Facsimile:   (334) 241-2310


## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing to the following by electronic mail or by placing a copy of same in the United States Mail, postage prepaid, this 8th day of February 2007:

Phillippi S. Lowe
Post Office Box 368
Montgomery, AL 36401

/s/ Kimberly O. Fehl
OF COUNSEL

Case 2:07-cv-00029-WKW-TFM   Document 7   Filed 02/08/2007   Page 3 of 3