IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MONTGOMERY CITY OF ALABAMA, )<br>)<br>  Defendant. ) | 2:07-CV-00029-WKW |

### ORDER

Upon of review of *Defendant's Motion to Dismiss*, filed by Defendant Woodley Manor Nursing Home (Doc. 7, filed February 8, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **March 2, 2007**.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

   1.  It is necessary to respond specifically to each ground asserted in the Motion to Dismiss.

   2.  Failure to file *any* response may be treated as an abandonment of the claims set forth in the complaint. If Plaintiff fails to respond with respect to *each* of the claims challenged in the motion for dismissal, the Court may treat this failure as an abandonment of each specific claim not addressed in Plaintiff's response. **The *pro se* Plaintiff is advised**

**that if she fails to file *any* response**, the court will proceed to decide the merits of Defendant's contention that "the complaint fails to state a claim upon which relief can be granted."

3. **Failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in defendant's favor without any trial.**

DONE this 8th day of February, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE